CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WENDY FLEISCHMAN, et al.   )
                          )
                          )
                          )
vs.                       )
                          )   Case Number 07-0451(RMU)
                          )
ALBANY MEDICAL CENTER, et al.  )   Category :Miscellaneous
                          )
                          )

## REASSIGNMENT OF MISCELLANEOUS CASE

The above-entitled case was reassigned on <u>November 28, 2007</u> from <u>Judge Richard J. Leon</u> to <u>Judge Ricardo M. Urbina</u> by direction of the Calendar Committee.

(Reassigned as related to 07mc450)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Leon</u> & Courtroom Deputy
      <u>Judge Urbina</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk