IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wendy Fleischman<br>Cindy Cullen,<br><br>on behalf of themselves and all others<br>similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>Albany Medical Center;<br>Ellis Hospital; Northeast Health;<br>Seton Health System; St. Peter's<br>Health Care System,<br><br>     Defendants. | Civil Action No. 1:07-mc-00451-RJL |

## NOTICE OF APPEARANCE

The Clerk of this Court will please enter the appearance of David P. Dean as counsel in the above captioned case for plaintiffs Wendy Fleischman and Cindy Cullen.

               /s/ DAVID P. DEAN
               David P. Dean
               D.C. Bar No. 437030
               James & Hoffman, P.C.
               1101 17th Street, N.W. Suite 510
               Washington, D.C. 20036
               202/496-0500

Date: December 5, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Wendy Fleischman, Cindy Cullen, on behalf of themselves and all others similarly situated,<br>              Plaintiffs,<br>v.<br><br>Albany Medical Center;<br>Ellis Hospital; Northeast Health;<br>Seton Health System; St. Peter's Health Care System,<br>              Defendants. | Civil Action No. 1:07-mc-00451-RJL |

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December 2007, I caused to be served the foregoing upon the following via electronic mail or U.S. mail:

| | |
|---|---|
| Brian M. Culnan<br>Robert H. Iseman<br>John F. Queenan<br>ISEMAN, CUNNINGHAM LAW FIRM<br>9 Thurlow Terrace<br>Albany, NY 12203<br>518/462-3000<br>518/462-4199 (fax)<br>BCulnan@icrh.com<br>riseman@icrh.com<br>jqueenan@icrh.com | Nicholas J. D'Ambrosio, Jr.<br>BOND, SCHOENECK LAW FIRM<br>111 Washington Avenue<br>Albany, NY 12210-2280<br>518/533-3000<br>518/533-3299 (fax)<br>dambron@bsk.com |
| Louis P. Gabel<br>Michael R. Shumaker<br>Robert C. Jones<br>Stephen J. Squeri<br>Phillip A. Proger<br>JONES, DAY LAW FIRM – DC OFFICE<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20005-2088<br>202/879-3939<br>202/626-1700 (fax) | Daniel J. Hurteau<br>NIXON, PEABODY LAW FIRM<br>Omni Plaza, Suite 900<br>30 South Pearl Strett<br>Albany, NY 12207<br>518/427-2650<br>518/427-2666 (fax)<br>DHurteau@nixonpeabody.com |

| | |
|---|---|
| lpgabel@jonesday.com<br>mrshumaker@jonesday.com<br>rcjones@jonesday.com<br>sjsqueri@jonesday.com<br>paproger@jonesday.com | |
| Michael D. Kendall<br>MCDERMOTT, WILL LAW FIRM<br>28 State Street<br>Boston, MA 02109-1775<br>617/535-4000<br>617/535-3800 (fax)<br>mkendall@mwe.com | Gordon L. Lang<br>NIXON, PEABODY LAW FIRM – DC OFFICE<br>401 9th Street, N.W. Suite 900<br>Washington, D.C. 20004<br>202/585-8319<br>202/585-8080 (fax)<br>glang@nixonpeabody.com |
| April J. Tabor<br>MCDERMOTT, WILL LAW FIRM<br>340 Madison Avenue<br>New York, NY 10017<br>212/547-5691<br>212/547-5444 (fax)<br>atabor@mwe.com | Mark Thomas<br>WILSON, ELSER LAW FIRM<br>677 Broadway – 9th Floor<br>Albany, NY 12207-2996<br>518/449-8893<br>518/449-4292 (fax)<br>Mark.Thomas@wilsonelser.com |
| Amy J. Carletti<br>David L. Hanselman, Jr.<br>Stephanie Lynne Poulos<br>Jennifer A. Smulin<br>Stephen Yusheng Wu<br>Benjamin J. Hanauer<br>David Marx<br>MCDERMOTT, WILL & EMERY LLP<br>227 West Monroe Street #4400<br>Chicago, IL 60606-5096<br>312/372-2000<br>acarletti@mwe.com<br>spoulos@mwe.com<br>jsmulin@mwe.com<br>swu@mwe.com<br>bhanauer@mwe.com<br>dhanselman@mwe.com<br>dmarx@mwe.com | Richard L. Weisz<br>HODGSON, RUSS LAW FIRM<br>677 Broadway, Suite 301<br>Albany, NY 12207<br>518/465-2333<br>518/465-1567 (fax)<br>rweisz@hodgsonruss.com |

/s/ DAVID P. DEAN